UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

JOSE J MONTES LE
and T-MOBILE SOUTH LLC
d/b/a T-MOBILE

    Defendants.

Case No.: 22-cv-24083-RNS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AGAINST DEFENDANT, JOSE J MONTES LE, *ONLY*** 

    Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter with prejudice against the Defendants, JOSE J MONTES LE, *only,* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff reserves the right to proceed against any remaining Defendants.

    Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com