United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Emilio Pinero, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-24083-Civ-Scola |
| Jose J Montes LE and T-Mobile | ) |
| South LLC, dba T-Mobile, | ) |
| Defendants. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice against Defendant Jose J Montes LE consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 29.) The Plaintiff and Defendant T-Mobile South LLC, doing business as T-Mobile, have also jointly stipulated to dismissal with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal, ECF No. 28.)

Accordingly, the Court directs the Clerk to **close** this case. All pending motions, if any, are **denied as moot**.

The Court directs the Clerk to **mail copies of this order** to the Defendant who has not appeared at the two addresses listed below.

**Done and ordered** in Miami, Florida on June 20, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy via U.S. mail to:*
**Jose J Montes LE**
7000 SW 8th Street
Miami, Florida 33144

**Jose J Montes LE**
3860 SW 130 Ave
Miami, Florida 33175